UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS SERDA DIAZ,<br><br>   Plaintiff,<br><br> vs.<br><br>KERN PUBLIC DEFENDERS OFFICE, et al.,<br><br>   Defendants. | 1:23-cv-01296-GSA-PC<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS CASE AS A 440 CIVIL ACTION AND RANDOMLY REASSIGN THE CASE TO A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN** |

   This case, filed by plaintiff Elias Serda Diaz, a state prisoner proceeding *pro se* and *in forma pauperis* on August 15, 2023, was inadvertently designated at opening as a prisoner conditions-of-confinement case. (ECF No. 1.)

   Accordingly, the Clerk's Office is **HEREBY DIRECTED** to:

   1. Re-designate this case as a 440 civil action;

   2. Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin; and

   3. The parties shall omit the PC designation from the new case number.

IT IS SO ORDERED.

 Dated: **September 12, 2023**      **/s/ Gary S. Austin**
                     UNITED STATES MAGISTRATE JUDGE