UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS SERDA DIAZ,<br><br>    Plaintiff,<br><br> v.<br><br>KERN PUBLIC DEFENDERS OFFICE, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01296-JLT-CDB<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY REDESIGNATE THIS CASE AS A 550 PRISONER ACTION AND RANDOMLY REASSIGN THE CASE TO A MAGISTRATE JUDGE NOT PREVIOUSLY ASSIGNED |

  This case, filed by plaintiff Elias Serda Diaz, a state prisoner proceeding pro se and *in forma pauperis* on August 15, 2023, was designated at opening as a prisoner conditions-of-confinement case. (Doc. 1). The Clerk's Office thereafter was directed by the formerly assigned magistrate judge to redesignate the case as a 440 (non-prisoner) civil action and randomly reassign this case to a different magistrate judge. (Doc. 8).

  Upon reassignment, the undersigned reviewed the pleadings and has determined the case is not properly designated a 440 (non-prisoner) case; rather, the matter should be redesignated as a prisoner civil rights action.

  Accordingly, the Clerk's Office is HEREBY DIRECTED to:

  1. Redesignate this case as a 550 (prisoner) civil rights action;

  2. Randomly reassign this case to a magistrate judge other than any other magistrate judge previously assigned; and

3. Pursuant to E.D. Cal. Local Rules, Appendix A, subsection (k), assign this action to a magistrate judge only and de-assign the district judge.

It is FURTHER ORDRED that the parties shall include the PC designation from the new case number in all filings.

IT IS SO ORDERED.

Dated:    **September 14, 2023**

UNITED STATES MAGISTRATE JUDGE

2