| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELIAS SERDA DIAZ, | | Case No.  1:23-cv-01296-KES-BAM (PC) |
| | Plaintiff, | ORDER ADMINISTRATIVELY OPENING CASE |
| v. | | |
| KERN PUBLIC DEFENDER'S OFFICE, *et al.*, | | |
| | Defendants. | |

Plaintiff Elias Serda Diaz ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 8, 2023.  (ECF No. 1.)  Plaintiff asserted claims against Bakersfield Police Officer Nathan Cantu, Housing Authority Police Officer David Spencer, Housing Coordinator Hannah Ortega, his public defender, and the Kern County District Attorney's Office.  (*Id.*)  The matter was transferred to this Court on August 30, 2023, and assigned to the undersigned on September 14, 2023.  (ECF Nos. 4, 5, 9.)

Plaintiff filed a first amended complaint on October 23, 2023, asserting claims against the Kern Public Defenders and the Bakersfield Police Department.  (ECF No. 12.) On November 8, 2023, the Court screened Plaintiff's first amended complaint and granted Plaintiff leave to amend. (ECF No. 13.)  Plaintiff filed a second amended complaint on November 27, 2023, again asserting claims against Bakersfield Police Officer Nathan Cantu, Kern Housing authority Police Officer David Spencer, and Hanna Ortega. (ECF No. 14.) On May 3, 2024, the

1  Court screened Plaintiff's second amended complaint and granted Plaintiff a final opportunity to
2  amend his complaint to cure the identified deficiencies. (ECF No. 16.)  Plaintiff filed a third
3  amended complaint on May 13, 2024, again asserting claims against Nathan Cantu, David
4  Spencer, and Hannah Ortega.  (ECF No. 17.)  On May 22, 2024, the Court screened Plaintiff's
5  third amended complaint.  The Court issued findings and recommendations that Plaintiff's federal
6  claims be dismissed for failure to comply with Federal Rule of Civil Procedure 8 and for failure
7  to state a cognizable claim for relief and the Court decline to exercise supplemental jurisdiction
8  over Plaintiff's purported state law claims and those claims be dismissed without prejudice.  (ECF
9  No. 19.)  The Findings and Recommendations were submitted to the United States District Judge
10 assigned to the case and remain pending.

11      On June 20, 2024, Plaintiff filed a motion to proceed *in forma pauperis*.  (ECF No. 20.)
12 Accompanying the motion, Plaintiff included a letter to the Clerk, which indicated that he sent out
13 a complaint against CDCR paid in full that should be arriving within days.  (*Id.* at 3.)  The Clerk
14 of the Court terminated the motion to proceed *in forma pauperis*, noting "Previous IFP Granted
15 per 7 Order."  (ECF No. 21.)

16      On June 24, 2024, Plaintiff submitted a new complaint, which was lodged in this action as
17 his Fourth Amended Complaint.  (ECF No. 22.)  However, the lodged complaint is wholly
18 unrelated to the instant action.  Rather, it concerns events that occurred while Plaintiff was housed
19 at North Kern State Prison ("NKSP") and names two NKSP correctional officers, a NKSP senior
20 librarian, a CCI Inmate Counselor, and the California Department of Corrections and
21 Rehabilitation NKSP as defendants.  (*Id.* at 2-4.)  It therefore appears that the June 24, 2024
22 complaint (ECF No. 22), along with the June 20, 2024 motion to proceed *in forma pauperis* (ECF
23 No. 20), were filed or otherwise lodged in the instant action in error.  As a result, the Court directs
24 the Clerk of the Court to correct this administrative error by opening a new case § 1983 case that
25 includes Plaintiff's June 20, 2024 motion to proceed *in forma pauperis* (ECF No. 20) and
26 Plaintiff's June 24, 2024 complaint (ECF No. 22).  The Court makes no determination regarding
27 the merits of the motion or complaint.

28      Plaintiff is informed that he should continue to respond to orders issued in Case No. 1:23-

cv-01296-KES-BAM.  **The case remains open at this time and is not affected by this order**. The findings and recommendations regarding dismissal remain pending.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to:
   a. Administratively open a new § 1983 case for Plaintiff Elias Serda Diaz;
   b. Randomly assign the new case to a Magistrate Judge according to the Court's usual assignment of civil cases;
   c. File a docket a copy of this order in this case and in the new case;
   d. File and docket a copy of Plaintiff's June 20, 2024 motion to proceed *in forma pauperis* (ECF No. 20) and Plaintiff's June 24, 2024 complaint (ECF No. 22) in the new case.
2. Plaintiff's June 20, 2024 motion to proceed *in forma pauperis* (ECF No. 20) and Plaintiff's June 24, 2024 lodged fourth amended complaint (ECF No. 22) are stricken from the record in the instant action.

IT IS SO ORDERED.

Dated:   **June 25, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE