UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS SERDA DIAZ,<br><br>           Plaintiff,<br><br>     v.<br><br>KERN PUBLIC DEFENDER'S OFFICE, et al.,<br><br>           Defendants. | No.  1:23-cv-01296-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 19) |

Plaintiff Elias Serda Diaz is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was transferred to this Court on August 30, 2023, and assigned to a magistrate judge on September 14, 2023.  Docs. 4, 5, 9.

Plaintiff filed a first amended complaint on October 23, 2023.  Doc. 12.  On November 8, 2023, the Court screened plaintiff's first amended complaint, found that he failed to state a claim, and granted plaintiff leave to amend.  Doc. 13.  Plaintiff filed a second amended complaint on November 27, 2023.  Doc. 14.  On May 3, 2024, the Court screened plaintiff's second amended complaint, found that he again failed to state a claim, and granted plaintiff a final opportunity to amend his complaint.  Doc. 16.

Plaintiff filed a third amended complaint on May 13, 2024.  Doc. 17.  On May 22, 2024,

1

the assigned magistrate judge issued findings and recommendations recommending that plaintiff's federal claims be dismissed for failure to comply with Federal Rule of Civil Procedure 8 and for failure to state a cognizable claim for relief, that the Court decline to exercise supplemental jurisdiction over plaintiff's state law claims, and that plaintiff's state law claims be dismissed without prejudice.  Doc. 19.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id*. at 6.  No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 22, 2024, Doc. 19, are adopted in full;
2. Plaintiff's federal claims are dismissed for failure to comply with Federal Rule of Civil Procedure 8 and for failure to state a cognizable claim for relief;
3. The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims;
4. Plaintiff's state law claims are dismissed without prejudice; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 14, 2025

UNITED STATES DISTRICT JUDGE

2